**Electronically Filed
Supreme Court
SCPW-24-0000759
29-JAN-2025
03:18 PM
Dkt. 19 ODDP**

SCPW-24-0000759

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

IN RE LAEL SAMONTE

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Ginoza, and Devens, JJ.,
and Circuit Judge Remigio, in place of Eddins, J., recused)

Upon consideration of the letters and motions filed on November 7 and December 16, 2024, as well as January 15, 2025, and the record, we construe the letters and motions together as a petition for writ of mandamus and conclude that Lael Samonte has not demonstrated that an extraordinary writ is warranted. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai‘i 307, 319, 537 P.3d 1154, 1166 (2023); see also Hawai‘i Rules of Penal Procedure (HRPP) Rule 40(i) (eff. 2006) (concerning attorney representation for indigent petitioners in HRPP Rule 40 petitions before the circuit court).

IT IS HEREBY ORDERED that the petition is denied.

DATED: Honolulu, Hawai‘i, January 29, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Catherine H. Remigio

